IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ALISON BLACKMON                                                                    PLAINTIFF

V.                                                        CIVIL ACTION NO.: 4:08CV25-SA-DAS

WAL-MART STORES, INC.                                                            DEFENDANT

ORDER GRANTING
SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1)   Defendant's Motion to Strike [50] is DENIED;

(2)   Defendant's Motion for Summary Judgment [36] is GRANTED;

(3)   Plaintiff's claims are dismissed; and

(4)   this case is CLOSED.

All memoranda, depositions, declarations, and other materials considered by the Court in ruling on this motion are hereby incorporated into and made part of the record in this action.

SO ORDERED, this the 10th day of August, 2009.

/s/ Sharion Aycock
**UNITED STATES DISTRICT JUDGE**